**SIERRA LAKE RESERVE,**
**Plaintiff–Appellant,**

v.

**The CITY OF ROCKLIN; The Rocklin Mobile Home Rent Review Commission; Carlos Urrutia; Rusty Selix; Rudolf Michaels; George Paras, Defendants–Appellees.**

No. 89–15371.

United States Court of Appeals,
Ninth Circuit.

March 16, 1993.

Before GOODWIN, KOZINSKI and NOONAN, Circuit Judges.

### ORDER

The "[t]wo recent state court opinions [that] refused to follow our decision in *Hall [v. City of Santa Barbara*, 833 F.2d 1270 (9th Cir.1986)]," *Sierra Lake Reserve v. City of Rocklin*, 938 F.2d 951, 955 (9th Cir.1991), have proven prescient. *See Yee v. City of Escondido*, —— U.S. ——, ——, 112 S.Ct. 1522, 1527, 1531, 118 L.Ed.2d 153 (1992). We therefore vacate Part I of the *Sierra Lake Reserve* opinion, which dealt with the physical taking claim. We retain Part II because the due process and equal protection claims it considered are unaffected by *Yee*. *See* —— U.S. at ——, 112 S.Ct. at 1531. We express no opinion on whether the city ordinance could constitute a regulatory taking—a question *Yee* leaves open, *see id.*—because no regulatory taking argument was made to us or the court below.